# PORZIO
## Bromberg & Newman

MORRISTOWN, NJ • NEW YORK, NY • OCEAN CITY, NJ • PHILADELPHIA, PA
PRINCETON, NJ • SAN JUAN, PR • WESTBOROUGH, MA • WILMINGTON, DE

GARY M. FELLNER
MEMBER, NJ, NY AND CT BARS
DIRECT DIAL NO.: 646-348-6722
E-MAIL ADDRESS: GMFELLNER@PBNLAW.COM

September 8, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/2022

MEMO ENDORSED

*Conference re-scheduled to 9/22/2022 at 9:45 a.m.*

*Colleen McMahon 9/13/2022*

**VIA ECF**

Hon. Colleen McMahon, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Building Service 32BJ Pension Fund v. River Tower Owner LLC*
      Civil Action No.: 1:22-cv-01195-CM

Dear Judge McMahon:

This firm represents Defendant/Third-Party Plaintiff River Tower Owner, LLC ("River Tower") in the above action. We write to request a brief adjournment of the Conference Call in the above action. The call was scheduled today at 10:30 AM but Plaintiff's counsel did not call in. Nonetheless, as I explained to Caroline during the call, all parties' counsel conferred yesterday, including Plaintiff's counsel, and we are currently in meaningful talks about a potential resolution, at least in part. A one-week adjournment of the call with Your Honor should be sufficient for all counsel to discuss the open issues with their clients.

We appreciate the Court's consideration.

Respectfully submitted,

s/Gary M. Fellner

Gary M. Fellner

cc:   All Counsel of Record via ECF