UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

BUILDING SERVICE 32BJ PENSION FUND,

    Plaintiff,

v.                                                   22-cv-01195 (CM)

RIVER TOWER OWNER LLC, ABC COMPANIES 1 - 10

    Defendant.

---------------------------------------------------------------X

RIVER TOWER OWNER LLC,

    Third Party Plaintiff,

v.

CALIFORNA CROWN ENERGY SERVICES, INC., D/B/A ABLE ENERGY SERVICES

    Third Party Defendant.

---------------------------------------------------------------X

## NOTICE

McMahon, J.:

    The parties in the above captioned matter are directed to report to the court regarding the status of the resolution talks raised in Defendant's Letter Motion to Adjourn Conference Call dated September 8, 2022.

Dated: September 27, 2022

*[signature]*

U.S.D.J.

BY ECF TO ALL COUNSEL